UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
NINA STRASS and ALLAN GOLD,

                                    14-CV-6924-PKC-VMS

                    Plaintiffs,

                                    **RESPONSE TO POST-DEPOSITION
DEMAND PURSUANT TO RULE 34 OF
THE F.R.C.P.**

           -vs-

COSTCO WHOLESALE CORPORATION,

                    Defendant
---------------------------------------------------------X

COUNSELORS:

    Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Costco"), by its attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, for its Response to Plaintiff's First Request for Production of Documents sets forth as follows:

**Request #1:**

    Full name, address, work title of "Kimani/Kumani", manager or Assistant Manager working on subject date of accident.

**Response to Request #1:**

    Kimani Edwards is currently employed as a Membership Manager at the North Brunswick Costco warehouse located at 100 Grand Avenue, North Brunswick, New Jersey, 08902. Attached hereto is an Affidavit executed by Mr. Edwards pursuant to the Conference Order of Judge Scanlon dated September 29, 2015 confirming that he neither saw the incident in question nor did he discuss the incident with the plaintiff.

Defendant Costco reserves its right to supplement and/or amend this Response up to and including the time of trial in accordance with the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 12, 2015

                                   Yours, etc.,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                         By: */s/ Rachel A. Rubin*
                         Rachel A. Rubin, Esq.
                         Attorneys for Defendant
                         COSTCO WHOLESALE CORPORATION
                         150 East 42nd Street
                         New York, New York 10017
                          (212) 490-3000
                         Our File No.:  15805.00010


TO:    LOZNER & MASTROPIETRO
       Attorneys for Plaintiffs
       1901 Emmons Ave., Suite 206
       Brooklyn, New York 11235
       (718) 615-0044
       Attn: Michael Byk, Esq.

7042971v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NINA STRASS AND ALLAN GOLD,

                      Plaintiff,                 14-CV-6924-PKC-VMS

     -against-

COSTCO WHOLESALE CORPORATION,             **AFFIDAVIT OF KIMANI
EDWARDS**

                      Defendant.
------------------------------------------------------------------------x
STATE OF NEW JERSEY   )
                      )    ss.
COUNTY OF MIDDLESEX )

      I, Kimani Edwards, being duly sworn, deposes and says:

      1.      I am over eighteen (18) years of age. I am a citizen and resident of the State of New Jersey, United States.

      2.      I am currently the Membership Manager at the Costco warehouse located at 100 Grand Avenue, North Brunswick, New Jersey 08902. I held this position on August 23, 2014.

      3.      On the afternoon of August 23, 2014, while on duty at the front end of the warehouse, I was advised that a member was injured and required assistance in the food court area. I do not recall who notified me of this incident.

      4.      I arrived at the food court area of the warehouse and observed Ms. Strass sitting at a table in the food court with an apparent injury to her hand.

      5.      I accompanied Ms. Strass to an office area in the front end of the warehouse.

      6.      There, I provided her with a Member Incident Report to complete and remained with her until Emergency Medical Services arrived.

      7.      Ms. Strass did not communicate to me where or how the injury to her hand

1

occurred.

8.        I did not witness Ms. Strass' fall.

9.        I have no personal knowledge of where she allegedly fell.

10.      I have no personal knowledge of what allegedly caused her to fall.

11.      I did not inspect the area where the fall allegedly took place.

12.      Further, your affiant sayeth naught.

Sworn to before me this  8  day of October 2015

_Kristine Millroy_ (Notary Public)

```
KRISTINE M MILLROY
Notary Public
State of New Jersey
My Commission Expires Oct 22, 2019
```

Kimani Edwards

7025955v.1

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
            ) ss.:
COUNTY OF NEW YORK   )

   NORMA CARRASCO, being duly sworn, deposes and says:  that deponent is not a party

to this action, is over 18 years of age and resides in Queens County, New York.

   On the 12th day of October 2015, deponent served the within document(s) entitled

### RESPONSE TO  POST-DEPOSITION DEMAND PURSUANT TO RULE 34 OF THE F.R.C.P.
upon:

    LOZNER & MASTROPIETRO
    Attorneys for Plaintiffs
    1901 Emmons Avenue, Suite 206
    Brooklyn, New York 11235

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

            NORMA CARRASCO

Sworn to before me this
12th day of October, 2015

Notary Public

RANDALL FORBES
Notary Public - State of New York
NO. 01FO6128690
Qualified in Nassau County
My Commission Expires June 13, 20

7044419v.1